JOHN A. CARRIER, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 95–05–00706

(Dated March 13, 1996)

## JUDGMENT

RESTANI, *Judge:* Upon remand following Slip Op. 96–36 (Feb. 13, 1996) issued herein, plaintiff was awarded a passing grade on the Customs broker examination. Plaintiff having now obtained the full compliment of relief which he sought by this action, further proceedings are not necessary and this matter is now dismissed.